UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG 21 PM 1:22

| UNITED STATES OF AMERICA, | CASE NO. 99CR3452-MMA |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MICHAEL J. VILLANUEVA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/20/2012

Michael M. Anello
U.S. District Judge